J. L. B. ALEXANDER, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 39846.  Promulgated November 13, 1928.

*Walter E. Barton, Esq.*, for the petitioner.
*Leroy L. Hight, Esq.*, for the respondent.

